UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Diane Wescomb, et al.

    v.                      Case No. 15-cv-165-JD

Federal Express Corporation

**MEDIATION REPORT**

The parties successfully resolved the case at mediation held on May 3, 2016. An appropriate agreement for entry of judgment or stipulation for dismissal is to be filed within thirty (30) days.

                                             _/s/ Andrea K. Johnstone_
                                             Andrea K. Johnstone
                                             United States Magistrate Judge

May 4, 2016

cc:  Stephen E. Borofsky, Esq.
     David W. Johnston, Esq.