UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Diane Wescomb and Nelson Wescomb )<br>)<br>v. )<br>)<br>Federal Express Corporation ) | Civil Action No. 1:15-cv-165-JD |

### STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this matter with prejudice.

        Respectfully submitted,

        FEDERAL EXPRESS CORPORATION,

        By Its Attorneys,

        SULLOWAY & HOLLIS, PLLC

Dated:  June 6, 2016        /s/ David W. Johnston
        David W. Johnston, Esq., NHBA #9334
        9 Capital Street
        Concord, NH 03301
        Telephone – (603) 224-2341
        Email – djohnston@sulloway.com

|  |  |
|---|---|
|  | DIANE WESCOMB and NELSON WESCOMB |
|  | By Their Attorneys, |
|  | BOROFSKY, AMODEO-VICKERY & BANDAZIAN, P.A. |
| Dated: June 6, 2016 | /s/ Stephen E. Borofsky_____<br>Stephen E .Borofsky, Esq., NHBA #41<br>708 Pine Street<br>Manchester, NH  03104<br>Telephone – (603) 625-6441<br>E-mail – sborofsky@e-atty.net |

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June 2016, a copy of the foregoing Stipulation of Dismissal with Prejudice has been this day forwarded by electronic and U.S. Mail to Stephen E. Borofsky, Esq., counsel for plaintiffs.

|  |  |
|---|---|
| Dated:  June 6, 2016 | /s/ David W. Johnston<br>David W. Johnston |